USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/9/2024

# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**  Tel: 718-740-1000
Email: abdul@abdulhassan.com  Fax: 718-740-2000
*Employment and Labor Lawyer*  Web: www.abdulhassan.com

**July 8, 2024**

**Via ECF**

Hon. Mary Kay Vyskocil, USDJ
United States District Court, SDNY
500 Pearl Street,
New York, NY 10007-1312

**Re: Redzik v. Seacrest Realty Co., LLC et al**
Case No.  23-CV-09493 (MKV)(OTW)
Motion for Extension of Time

Dear Judge Vyskocil:

  My firm represents plaintiff in the above-referenced action, and I respectfully write to request a brief one-week extension of the July 8, 2024 deadline for Plaintiff to file his motion for settlement approval to July 15, 2024. This request is being made because some additional time is needed to secure the signatures of all parties. We did not anticipate the need for this extension request. No prior request for an extension of this deadline was made.

  I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan_____
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

---

**Granted. SO ORDERED.**

Date: 7/9/2024
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

1